15 MAG 0095

ORIGINAL

Approved: ______________________
JORDAN ESTES
Assistant United States Attorney

U.S. DISTRICT COURT
FILED
JAN 13 2015
DS
S.D. OF N.Y.

Before: HONORABLE GABRIEL W. GORENSTEIN
United States Magistrate Judge
Southern District of New York

- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

- v. -

MICHAEL ELANSKY,

Defendant.

- - - - - - - - - - - - - - - - x

**SEALED COMPLAINT**

Violation of
18 U.S.C. §§ 751 and 4082

COUNTY OF OFFENSE:
BRONX

SOUTHERN DISTRICT OF NEW YORK, ss.:

DAVID FUSCO, being duly sworn, deposes and says that he is a Deputy United States Marshal with the United States Marshals Service, and charges as follows:

COUNT ONE

1. On or about November 25, 2014, in the Southern District of New York, MICHAEL ELANSKY, the defendant, willfully and knowingly did escape and attempt to escape from the custody of the Attorney General and his authorized representative, and from an institution and facility in which he was confined by direction of the Attorney General, and from custody under and by virtue of process issued under the laws of the United States by a court, judge and magistrate judge, which custody and confinement was by virtue of a conviction of an offense, to wit, ELANSKY, while in community confinement under the supervision of the Bronx Residential Reentry Center ("Bronx RRC") in Bronx, New York, following conviction in the United States District Court for the Southern District of New York for distribution and possession with the intent to distribute methamphetamine, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B), left his community confinement residence without authorization and has not returned.

(Title 18, United States Code, Sections 751 and 4082)

The bases for my knowledge and for the foregoing charges are, in part, as follows:

2. I am a Deputy United States Marshal. I have been personally involved in the investigation of this matter, and I base this affidavit on that personal experience, as well as on my conversations with other law enforcement agents and my examination of various reports and records. Because this affidavit is being submitted for the limited purpose of establishing probable cause for the offense cited above, it does not include all the facts that have been learned during the course of the investigation. Where the contents of conversations and documents are reported herein, they are reported in substance and in part.

3. I have reviewed court documents from which I have learned, in sum and substance, and among other things, that:

a. MICHAEL ELANSKY, the defendant, was convicted in the United States District Court for the Southern District of New York on one count of distribution, and possession with the intent to distribute, methamphetamine, in violation of Title 21 United States Code, Sections 841(a)(1) and 841(b)(1)(B).

b. In connection with these convictions, on or about August 22, 2013, the Honorable Sidney H. Stein, United States District Judge for the Southern District of New York, sentenced ELANSKY principally to a term of 36 months' imprisonment to be served in the custody of the United States Bureau of Prisons. ELANSKY was also sentenced to a three-year term of supervised release.

4. Based upon my review of a Bureau of Prisons Community Corrections Escape Report, I have learned, in sum and substance, and among other things, that:

a. On or about September 11, 2014, MICHAEL ELANSKY, the defendant, was transferred from Federal Correctional Institution Elkton in Lisbon, Ohio to the Bronx RRC, which contracts with the Bureau of Prisons for the provision of inmate residential reentry services.

b. On or about November 25, 2014, Bronx RRC staff conducted a head count and discovered that inmate ELANSKY was not in his room. Bronx RRC staff could not account for ELANSKY. ELANSKY did not return by curfew on November 25, 2014,

and has not since returned to the Bronx RRC. ELANSKY's whereabouts remain unknown.

WHEREFORE, deponent respectfully requests that a warrant be issued for the arrest of MICHAEL ELANSKY, the defendant, and that he be arrested and imprisoned or bailed, as the case may be.

DAVID FUSCO
Deputy United States Marshal
United States Marshal Service

Sworn to before me this
13th day of January, 2015

THE HONORABLE GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK